

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

July 8, 1971

Honorable James U. Cross
Executive Director
Texas Parks & Wildlife Department
John H. Reagan Building
Austin, Texas 78711

Opinion No. M-902

Re: Ownership of bridge be-
tween Corpus Christi Bay
and the Gulf of Mexico
adjacent to Mustang
Island.

Dear Mr. Cross:

You have requested our opinion on the ownership of a high-
way bridge to be built between Corpus Christi Bay and the Gulf
of Mexico over a fish pass through Mustang Island.

In Attorney General's Opinion M-721 (1970), it was held
that the bridge in question could be built through an inter-
agency contract between the State Highway Department and the
Parks and Wildlife Department. Paragraph 8 of the Agreement
attached to your request provides:

"The bridge, approaches and pavement con-
structed hereunder shall be the property of the
Highway Department and shall be the responsi-
bility of the Highway Department for normal
maintenance. However, in the event of the
destruction of or serious damage to the entire
bridge, or any portion thereof, including the
approach embankments and pavement, because of
tidal or storm flow through the water exchange
channel, the Parks and Wildlife Department will
replace or repair the bridge to the satisfaction
of and at no expense to the Highway Department."

-4394-

Article 6674q-4, Vernon's Civil Statutes, provides:

"All further improvement of said State High-
way System shall be made under the exclusive and
direct control of the State Highway Department and
with appropriations made by the Legislature out of
the State Highway Fund.  Surveys, plans and specifi-
cations and estimates for all further construction
and improvement of said system shall be made, pre-
pared and paid for by the State Highway Department. ..."

In Attorney General's Opinion R-1930 dated December 14,
1949, it was held:

"It is, therefore, our opinion under the
facts submitted that the building of this bridge
to replace the highway and to cover the channel to
be dredged is a necessary incident to and part of
the construction and maintenance of passes leading
from one body of tide-water to another, and the
cost of constructing such bridge may be paid out
of money appropriated to the Game, Fish and Oyster
Commission by the Legislature for the purpose of
construction and maintaining these passes.

"One further question remains and that in-
volves the duty of maintenance once the bridge is
constructed.  It is our opinion that once the bridge
had been built by the Game, Fish and Oyster Com-
mission and accepted by the State Highway Department
as a part of the State system, the maintenance
thereof is the duty of the State Highway Commission.
Article 6674q-4, V.C.S."

Following Attorney General's Opinion R-1930, supra,
it was held in Attorney General's Opinion No. M-721, supra,
that the bridge in question will become a part of the highway
system and that it is the duty of the Highway Department to
maintain such bridge.  You are accordingly advised that since
the bridge in question becomes a part of the highway system,
ownership of such bridge is in the State of Texas.  You are
further advised that once the bridge has been built and accepted
by the State Highway Department as a part of the State system,
the maintenance thereof is the duty of the State Highway

Commission.   Article 6674q-4, V.C.S.; Attorney General's Opinions R-1930 (1949) and M-721 (1970).

## S U M M A R Y

Once the bridge between Corpus Christi Bay and the Gulf of Mexico adjacent to Mustang Island is accepted by the Texas Highway Department such bridge comes a part of the State highway system owned by the State of Texas.   Article 6674q-4, V.C.S.; Attorney General's Opinions R-1930 (1949) and M-721 (1970).

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
AssistantAttorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Houghton Brownlee
Jerry Roberts
Pat Bailey
Fisher Tyler

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant